**No. 69029.**—E. Miltenberg, Inc. *v.* United States, protest 64/5936 (New York).

Opinion by LAWRENCE, J. The official papers disclosing that the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930 (19 U.S.C. § 1514).